UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES,<br><br>   Plaintiff,<br><br>   v.<br><br>JEFF MACOMBER, et al.,<br><br>   Defendant. | No.  2:23-cv-0345 TLN AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed January 21, 2025, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 20. That order provided defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. Id. at 2. Defendants now request to opt out of the Post-Screening ADR Project and that the stay be lifted. ECF No. 22. Having reviewed the request, the court finds good cause to grant it.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the Post-Screening ADR Project (ECF No. 22) is GRANTED.

2. The ADR stay of this action, commencing January 21, 2025 (ECF No. 20), is LIFTED.

1

1  3. Within twenty-one days of the filing of this order, defendants shall file a response to
2  the complaint.
3  DATED: March 11, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE