IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL JACQUES,** | Case No. 2:23-cv-0345 TLN AC P |
| Plaintiff, | ~~**[PROPOSED]**~~ **ORDER** |
| v. | |
| **MACOMBER, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this action arising under 42 U.S.C. § 1983. (ECF No. 1.) By order filed September 8, 2025, the Court ordered that any motions for summary judgment be filed by or before March 13, 2026. (ECF No. 34.) On March 12, 2026, Defendants applied ex parte for a fourteen-day extension of the deadline to file a motion for summary judgment, due to Defendants averment that a brief extension is needed to finalize their upcoming motion. (ECF No. 37.)

///

///

///

///

///

1

Good cause appearing, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (ECF No. 37) is **GRANTED**; and

2. The parties shall file any motions for summary judgment or other dispositive motion by or before **March 27, 2026**.

**IT IS SO ORDERED.**

DATED: March 16, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:23-cv-00345 TLN AC)