IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MICHAEL JACQUES,**

Plaintiff,

v.

**MACOMBER, et al.,**

Defendants.

Case No. 2:23-cv-0345 TLN AC P

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' APPLICATION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

On March 16, 2026, the Court granted Defendants' ex parte application for a fourteen extension of time and ordered that any motions for summary judgment be filed by or before March 27, 2026. (ECF No. 38.) On March 27, 2026, Defendants moved for a second extension, requesting an additional twenty-one days up to and including April 17, 2026. (ECF No. 39.)

Defendants declare that on the evening of March 26, 2026, the day before the filing deadline, they became aware of a potential issue relating to this matter and the matter of *Armstrong v. Newsom*, No. 4:94-cv-02307-CW (N.D. Cal.), another matter involving CDCR. (ECF No. 39, Declaration of DAG Sheps).  Defendants aver that they need additional time to review this potential issue and will need additional time to allow for additional review in line with internal policy. (*Id*.)

///

1

Good cause appearing, **IT IS HEREBY ORDERED** that:

1.  Defendants' motion (ECF No. 39) is **GRANTED**; and

2.  The parties shall file any motions for summary judgment or other dispositive motion by or before **April 17, 2026**.

DATED: March 30, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2